UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOSPEH D. GILBERTI, P.E., <br><br> Plaintiff, <br><br> -against- <br><br> GEORGE W. BUSH, ET AL., <br><br> Defendants. | 24-cv-7180 (LLS) <br><br> CIVIL JUDGMENT |

    For the reasons stated in the October 14, 2025, order, this action is dismissed. The Court denies the pending motion (ECF 15) as moot.

    The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   October 17, 2025
              New York, New York

                                                   /s/ Louis L. Stanton
                                                     LOUIS L. STANTON
                                             United States District Judge